# United States District Court
## Southern District of Georgia

WILLIAM JACKSON

Plaintiff,

v.

BRIAN CHAMBERS, Warden, et., al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV621-036

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated July 1, 2021 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, this action is dismissed without prejudice. This case stands closed.



July 1, 2021
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burrell*
(By) Deputy Clerk